CHESTER MARCHITTO, PLAINTIFF-PETITIONER, v. THE
CENTRAL RAILROAD COMPANY OF NEW JERSEY, ET
ALS., DEFENDANTS-RESPONDENTS.

See same case below: 18 *N. J. Super.* 163.

*Mr. Archie Elkins* for the petitioner.

*Mr. William F. Hanlon* for the respondents.

May 19, 1952.   Denied.

CHARLES PERIGOT, PLAINTIFF-PETITIONER, v. JACOB
STEIKER, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 18 *N. J. Super.* 134.

*Mr. Stephen Mongiello* for the petitioner.

May 19, 1952.   Denied.